**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CASEY OLIVIER, AMELIA WALSH,** and **MICHAELLA WALSH,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**KBI SERVICES, INC.,**<br><br>Defendant. | Case No.: 1:26-cv-03458<br><br>Honorable George B. Daniels |

**ORDER GRANTING JOINT MOTION TO WITHDRAW MOTION FOR ENTRY OF DEFAULT**

Upon consideration of the Parties' Joint Motion to Withdraw Plaintiffs' Motion for Entry of Default (ECF No. 6), and good cause having been shown, it is hereby **ORDERED** as follows:

1. The Joint Motion to Withdraw Plaintiffs' Motion for Entry of Default is **GRANTED**;
2. Plaintiffs' Motion for Entry of Default (ECF No. 6) is deemed **WITHDRAWN**;
3. Defendant shall file its motion to dismiss to Plaintiffs' Complaint on or before August 27, 2026;
4. Plaintiffs shall file their response in opposition to Defendant's motion to dismiss on or before September 24, 2026; and
5. Defendant shall file its reply in support of its motion to dismiss on or before October 15, 2026.

DATED this 4th day of August, 2026,

George B. Daniels
Hon. George B. Daniels
United States District Judge