FMG LAW

Freeman Mathis & Gary LLP
When It Counts

One Boston Place
201 Washington St
Suite 2200
Boston, MA 02108
**www.fmglaw.com**

**Michael R. Brown**
**Partner**
D: 617.446.9320
Michael.brown@fmglaw.com

September 25, 2026

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 11A
New York, NY 10007

**SO ORDERED:**
George B. Daniels
**George B. Daniels, U.S.D.J.**
**Dated:** SEP 28 2026

RE: *Casey Olivier et al. v. KBI Services, Inc. d/b/a Kindbody*,
Case No. 1:26-cv-03458-GBD
Request to Seal Memorandum of Law and Exhibits Containing Protected Health Information.

Dear Judge Daniels:

Defendant KBI Services, Inc. d/b/a Kindbody ("Defendant") respectfully submits this letter-motion seeking leave to maintain under seal Defendant's Memorandum of Law in Support of its Motion to Compel Arbitration and the accompanying exhibits.

The memorandum and exhibits contain information which may be deemed protected health information ("PHI") belonging to Plaintiffs, including medical information that is the subject of this action. Public disclosure of these materials would unnecessarily reveal sensitive personal health information and undermine the privacy interests at issue in the case.

The Clerk's Office has placed the filings under temporary seal, preventing public access. Defendant now respectfully requests that the Court permit the memorandum and exhibits to remain under permanent seal to protect Plaintiffs' PHI and other confidential medical information. Defendant has provided Plaintiffs' counsel with notice of this request and, to date, has not received any opposition from Plaintiffs.

In light of the potentially sensitive nature of the information contained in the filings and the strong privacy interests involved, Defendant respectfully requests that the Court grant this application.

Freeman Mathis & Gary LLP
When It Counts

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Michael R. Brown*
**FREEMAN MATHIS & GARY LLP**
Justin Boron
Michael R. Brown

*Attorneys for Defendant*